■ ODETTE HOURIE, Respondent, v NORTH SHORE-LONG ISLAND JEWISH HEALTH SYSTEM, INC.-LENOX HILL HOSPITAL, et al., Defendants, and ALI AL-ATTAR, M.D., Appellant. [51 NYS3d 432]—In an action, inter alia, to recover damages for medical malpractice, the defendant Ali Al-Attar appeals from an order of the Supreme Court, Kings County (Bunyan, J.), dated July 8, 2015, which denied his motion pursuant to CPLR 308 and 3211 (a) (8) to dismiss the complaint insofar as asserted against him for failure to timely serve a summons with notice on him, and granted the plaintiff's cross motion for a second extension of time to serve a summons with notice on him.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

In light of our decision and order in a related appeal (*Hourie v North Shore-Long Is. Jewish Health Sys., Inc.-Lenox Hill*

*Hosp.*, 150 AD3d 707 [2d Dept 2017] [decided herewith]), the issues raised herein have been rendered academic. Dillon, J.P., Roman, Cohen and Miller, JJ., concur.